DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN G. LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  1:12-cr-00298 AWI-DLB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | ) ) | |
| JOHN G. LARA, | ) ) | |
| Defendant. | ) ) ) | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney Andrew L. Gradman, counsel for Plaintiff, and Assistant Federal Defender Marc Days, counsel for Defendant, with no opposition from the Pretrial Services Officer, that the conditions of pretrial release made at the bail review  hearing held August 24, 2012 and the Order Setting Conditions of Release signed by Magistrate Judge Sheila K. Oberto on August 24, 2012 relating to defendant John G. Lara in the above-referenced matter may be modified,  as follows:

   1. Conditions Number 7(c) and (s) shall be and are hereby modified to allow defendant to work at a job in Watsonville, California, under the direction of his employer, JC Paintings, during the week of October 1, 2012 through October 7, 2012.  While working the job in Watsonville, CA., Defendant shall reside at the residence where the job is occurring and is restricted to the residence.

///

Save and except as herein otherwise specifically modified, all remaining terms and conditions of defendant's release as set out in the Order Setting Conditions of Release dated August 24, 2012, shall remain in full force and effect until further order of the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: September 24, 2012          By:  /s/ Andrew L. Gradman
                                        ANDREW L. GRADMAN
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: September 24, 2012          By:  /s/ Marc Days
                                        MARC DAYS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JOHN G. LARA

## O R D E R

**IT IS SO ORDERED.** Conditions Number 7(c) and (s) of the Order Setting Conditions of Release dated and entered August 24, 2012, shall be and are hereby modified to allow defendant to work at a job in Watsonville, California, under the direction of his employer, JC Paintings, during the week of October 1, 2012 through October 7, 2012. Except as otherwise specifically modified herein, all remaining terms and conditions of defendant's release as set forth in the Order Setting Conditions of Release dated August 24, 2012, shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

**Dated:   September 25, 2012**              /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
to Modify Conditions of Release                       2