DANIEL J. BRODERICK, #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOHN G. LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:12-cr-00298 AWI-DLB |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| JOHN G. LARA, | |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their respective counsel of record herein, Assistant United States Attorney Kimberly Sanchez, counsel for Plaintiff, and Assistant Federal Defender Marc Days, counsel for Defendant, with no opposition from the Pretrial Services Officer, that the conditions of pretrial release made at the bail review  hearing held August 24, 2012 and the Order Setting Conditions of Release signed by Magistrate Judge Sheila K. Oberto on August 24, 2012 relating to defendant John G. Lara in the above-referenced matter may be modified,  as follows:

   1. Condition Number 7(s) shall be and is hereby modified to eliminate location monitoring pending further order of the court in regard to that condition.

///

///

Save and except as herein otherwise specifically modified, all remaining terms and conditions of defendant's release as set out in the Order Setting Conditions of Release dated August 24, 2012, now in effect shall remain in full force and effect until further order of the court.

BENJAMIN B. WAGNER
United States Attorney

DATED: November 9, 2012          By:  /s/ Kimberly Sanchez
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

                                 DANIEL J. BRODERICK
                                 Federal Public Defender

DATED: November 9, 2012          By:  /s/ Marc Days
                                 MARC DAYS
                                 Assistant Federal Defender
                                 Attorneys for Defendant
                                 JOHN G. LARA

**O R D E R**

**IT IS SO ORDERED.** Condition Number 7(s) of the Order Setting Conditions of Release dated and entered August 24, 2012, shall be and is hereby modified to eliminate location monitoring pending further order of the court in regard to that condition. Save and except as herein otherwise specifically modified, all remaining terms and conditions of defendant's release as set out in the Order Setting Conditions of Release dated August 24, 2012, now in effect shall remain in full force and effect until further order of the court.

IT IS SO ORDERED.

**Dated:   November 9, 2012**          /s/ Sheila K. Oberto
                                       UNITED STATES MAGISTRATE JUDGE