JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
MARC DAYS, Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOHN G. LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>JOHN G. LARA,<br><br>　　　　*Defendant.* | No. 1:12-CR-00298 AWI-BAM-1<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER<br><br>Date : May 13, 2013<br>Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-captioned matter now set for March 25, 2013, **may be continued to May 13, 2013, 1:00 p.m.**

The reason for the request for a continuance is defense counsel will be unavailable and not in the Fresno area at the time of the status conference due to a work-related matter. At the time the matter was set for a status conference, defense counsel was uncertain as to whether he would be needed outside of the Fresno area at the time set for the current status conference. The requested continuance will conserve time and resources for both counsel and the court. Assistant United States Attorney Kimberly Sanchez has no objection to this request.

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

                                  BENJAMIN B. WAGNER
                                United States Attorney

DATED: March 21, 2013        /s/ *Kimberly A. Sanchez*
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney
                                Attorney for Plaintiff

                                JOSEPH SCHLESINGER
                                Acting Federal Defender

DATED: March 21, 2013        /s/ *Marc Days*
                                MARC DAYS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                JOHN G. LARA

**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

     IT IS SO ORDERED.

**Dated:   March 21, 2013**        /s/ **Barbara A. McAuliffe**
                                UNITED STATES MAGISTRATE JUDGE