# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

APR − 9 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** ) | |
| **vs.** ) | **Case No. 1:12-CR-00298-AWI-BAM-1** |
| **John G. Lara** ) | |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____ John G. Lara _____ , have discussed with _____ Dan Stark _____ , Pretrial Services Officer, modifications of my release conditions as follows:

Effective April 8, 2013, upon successful completion of inpatient drug treatment, vacate the conditions of release placing the defendant in the third party custody of WestCare California, Inc., and requiring his participation in residential substance abuse treatment. Add a condition of release requiring the defendant to participate in a cognitive behavioral treatment program, as directed by the Pretrial Services officer. Such program may include group sessions led by a counselor or participation in a program administered by the Pretrial Services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 4.5.13          _____ 04/05/2013
Signature of Defendant      Date            Pretrial Services Officer       Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                  _____ 4/8/13
Signature of Assistant United States Attorney         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  _____ 4/8/13
Signature of Defense Counsel                          Date

**ORDER OF THE COURT**

☒ The above modification of conditions of release is ordered, to be effective on _____ 4/8/13

☐ The above modification of conditions of release is *not* ordered.

_____                  _____ 4/8/13
Signature of Judicial Officer                         Date

cc:      U.S. Attorney's Office, Defense Counsel, Pretrial Services