**FILED**
FEB 25 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No CR-12-298-AWI |
| vs. | ) | ORDER OF RELEASE |
| JOHN G. LARA | ) | |
| Defendant. | ) | |

The above named defendant having been sentenced on February 24, 2014 to PROBATION

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH. A certified Judgment and Commitment order to follow.

DATED: 2-25-14

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/95 exonbnd.frm

1