IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JOHN G. LARA,<br><br>          Defendant. | No. 1:12-cr-00298-AWI-BAM<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on August 10, 2015, to 27 days custody (TIME SERVED), followed by 24 months supervised release,

   IT IS HEREBY ORDERED that the defendant shall be released to Westcare on August 11, 2015.  Judgment and Commitment Order to follow.


IT IS SO ORDERED.

Dated:   August 10, 2015                     _____
                                              SENIOR  DISTRICT JUDGE

Order of Release - 1