Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
JOHN LARA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 12-cr-00298 AWI BAM |
| Plaintiff, | STIPULATION TO SETTING CONDITIONS OF LIMITED RELEASE ORDER |
| v. | |
| JOHN LARA | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Marc Days, Counsel for Defendant John Lara, and Assistant United States Attorney, Kimberly Sanchez, Counsel for Plaintiff that defendant John Lara (Fresno County Jail ID 1400489) shall be released from 1:45 p.m. to 5:30 p.m. on July 7, 2016, to attend an appointment to determine eligibility for the Housing Choice Voucher City Program with the Fresno Housing Authority, 1331 Fulton Mall, Fresno, CA.

The defendant shall comply with the order of release and all previously imposed conditions of supervision ordered by the Court on February 24, 2014, and revoked and re-imposed on August 10, 2015.  DEFENDANT IS TO REPORT DIRECTLY BACK TO THE FRESNO COUNTY JAIL NO LATER THAN 5:30 P.M. ON JULY 7, 2016, AT THE CONCLUSION OF THE APPOINTMENT.

///

IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated:  June 28, 2016                        /s/ *Kimberly Sanchez*
                                             KIMBERLY SANCHEZ
                                             Assistant United States Attorney
                                             Attorney for Plaintiff

Dated:  June 28, 2016                        /s/ *Marc Days*
                                             MARC DAYS
                                             Attorneys for Defendant
                                             John Lara

## ORDER

IT IS HEREBY ORDERED that defendant John Lara (Fresno County Jail ID 1400489) shall be released from 1:45 p.m. to 5:30 p.m. on July 7, 2016, to attend an appointment to determine eligibility for the Housing Choice Voucher City Program with the Fresno Housing Authority, 1331 Fulton Mall, Fresno, CA.  The defendant shall comply with the order of release and all previously imposed conditions of supervision ordered by the Court on February 24, 2014, and revoked and re-imposed on August 10, 2015.  DEFENDANT IS TO REPORT DIRECTLY BACK TO THE FRESNO COUNTY JAIL NO LATER THAN 5:30 P.M. ON JULY 7, 2016, AT THE CONCLUSION OF THE APPOINTMENT.

IT IS SO ORDERED.

Dated:   **June 29, 2016**                   _____
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28