Marc Days, CA Bar #184098
Days Law Firm
2300 Tulare Street, Suite 240
Fresno, California 93721
Telephone: (559) 708-4844

Attorney for Defendant,
JOHN LARA




FILED
JUL 12 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN LARA <br><br> Defendant. | Case No.: 12-cr-00298 AWI BAM <br><br> STIPULATION TO SETTING CONDITIONS OF LIMITED RELEASE <br> [~~PROPOSED~~] ORDER |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Marc Days, Counsel for Defendant John Lara, and Assistant United States Attorney, Kimberly Sanchez, Counsel for Plaintiff that defendant John Lara (Fresno County Jail ID 1400489) shall be released from 2:15 p.m. to 5:30 p.m. on July 14, 2016, to attend an appointment to determine eligibility for the Housing Choice Voucher City Program with the Fresno Housing Authority, 1331 Fulton Mall, Fresno, CA.

The defendant shall comply with the order of release and all previously imposed conditions of supervision ordered by the Court on February 24, 2014, and revoked and re-imposed on August 10, 2015. DEFENDANT IS TO REPORT DIRECTLY BACK TO THE FRESNO COUNTY JAIL NO LATER THAN 5:30 P.M. ON JULY 14, 2016, AT THE CONCLUSION OF THE APPOINTMENT.

///

IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: July 11, 2016          /s/ *Kimberly Sanchez*
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney
                              Attorney for Plaintiff


Dated: July 11, 2016          /s/ *Marc Days*
                              MARC DAYS
                              Attorneys for Defendant
                              John Lara

## ORDER

IT IS HEREBY ORDERED that defendant John Lara (Fresno County Jail ID 1400489) shall be released from 2:15 p.m. to 5:30 p.m. on July 14, 2016, to attend an appointment to determine eligibility for the Housing Choice Voucher City Program with the Fresno Housing Authority, 1331 Fulton Mall, Fresno, CA. The defendant shall comply with the order of release and all previously imposed conditions of supervision ordered by the Court on February 24, 2014, and revoked and re-imposed on August 10, 2015. DEFENDANT IS TO REPORT DIRECTLY BACK TO THE FRESNO COUNTY JAIL NO LATER THAN 5:30 P.M. ON JULY 14, 2016, AT THE CONCLUSION OF THE APPOINTMENT.

Dated: July 12, 2016

JONATHAN B. CONKLIN
Fresno Superior Court Judge